UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:20-cv-01753-PSG-AFM   Date   6/2/2020
Title      NATHALIE FARJO V. SYNERGETIC COMMUNICATIONS, INC.

Present: The Honorable **PHILIP S. GUTIERREZ**

| Wendy K. Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not present |

**Proceedings (In Chambers): VACATING SCHEDULING CONFERENCE**

On the Court's own motion, the Scheduling Conference presently set for hearing on 6/8/2020 is **VACATED**, and the following dates are hereby set. Please review the Court's trial order for further details.

| | |
|---|---|
| Last Day to Add Parties & Amend Pleadings:<br>(Doe defendants are dismissed as of cut-off to add parties) | 7/1/2020 |
| Discovery Cut-Off: | 1/26/2021 |
| Last Day to File Motion: | 2/9/2021 |
| Opening Expert Witness Disclosure:<br>[See F.R.Civ.P. 26(a)(2)] | 2/2/2021 |
| Rebuttal Expert Witness Disclosure: | 3/2/2021 |
| Expert Discovery Cut-Off: | 3/23/2021 |
| Final Pretrial Conference (2:30 p.m.): | 4/19/2021 |
| Jury Trial (9:00 a.m.): | 5/4/2021 |
| Estimated Length: | 3 days |

Initials of Preparer:  smo