NICHOLAS M. WAJDA (State Bar #259178)
WAJDA LAW GROUP, APC
6167 Bristol Parkway
Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Email: nick@wajdalawgroup.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHALIE FARJO, | Case No. 2:20-cv-01753-PSG-AFM |
| Plaintiff, | **STIPULATION DISMISSAL WITH PREJUDICE** |
| v. | |
| SYNERGETIC COMMUNICATIONS. INC, d/b/a SYNCOM, | |
| Defendant. | |

## <u>AGREED STIPULATION OF DISMISSAL WITH PREJUDICE</u>

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Nathalie Farjo and the Defendant Synergetic Communications, Inc. d/b/a Syncom, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

1

1

2   Dated: December 2, 2020                    Respectfully Submitted,

3   **Nathalie Farjo**                         **Synergetic    Communications,    Inc.**
                                               **d/b/a Syncom**
4

5   _/s/ Nicholas M. Wajda_                    _/s/ Timothy Johnson_ (with consent)

6   Wajda Law Group, APC                       Barron & Newburger, P.C.
    6167 Bristol Parkway, Ste 200              1970 Old Tustin Ave, 2nd Floor
7   Culver City, California 90230              Santa Ana, California 92705
    (310) 997-0471                             (714) 832-1170
8   nick@wajdalawgroup.com                     tjohnson@bn-lawyers.com
    _Counsel for Plaintiff_                    _Counsel for Defendant_
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28