1  NICHOLAS M. WAJDA (State Bar #259178)
2  WAJDA LAW GROUP, APC
   6167 Bristol Parkway
3  Suite 200
4  Culver City, California 90230
   Telephone: (310) 997-0471
5  Email: nick@wajdalawgroup.com
6  *Attorney for Plaintiff*

FILED
CLERK, U.S. DISTRICT COURT
DEC - 3 2020
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

Unt #22

JS-6

7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA

10  NATHALIE FARJO,                    Case No. 2:20-cv-01753-PSG-AFM
11              Plaintiff,             **ORDER ON STIPULATION DISMISSAL WITH PREJUDICE**
12       v.
13  SYNERGETIC
14  COMMUNICATIONS, INC. d/b/a
    SYNCOM,
15
                Defendant.
16

17  Plaintiff, Nathalie Farjo ("Plaintiff"), by and through her counsel, having filed with
18  this Court her Agreed Stipulation of Dismissal with Prejudice, and the Court having
19
20  reviewed same, now finds that this matter should be dismissed.
21       IT IS THEREFORE ORDERED by this Court that the above cause of action
22  is hereby dismissed, with prejudice.
23
24
25  Dated: _____12/3/2020_____

                                        _____
                                        Judge, U.S. District Court

1